# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IRVING SANTOS

VERSUS

CHURCH MUTUAL INSURANCE
COMPANY, S.I., CATHOLIC
CHARITIES OF THE DIOCESE OF
BATON ROUGE AND CHARLES
RANKINGS

CONSOLIDATED WITH

NICOLE MARIE BURANZON

VERSUS

CHURCH MUTUAL INSURANCE
COMPANY, S.I., PROGRESSIVE
SECURITY INSURANCE COMPANY,
CATHOLIC CHARITIES OF THE
DIOCESE OF BATON ROUGE,
INC., CHARLES K. RANKINS AND
IRVING SANTOS

NO.  2026 CW 0642

**AUGUST 10, 2026**

---

In Re:   Progressive Security Insurance Company, applying for
         supervisory writs, 19th Judicial District Court, Parish
         of East Baton Rouge, No. 744923 c/w 745751.

---

**BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT